EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2026 TSPR 61 |
| | |
| Lillian A. Ramos Bahamundi | 218 DPR ___ |

Número del Caso: TS-9,635

Fecha: 5 de junio de 2026

Representante legal del peticionario:

Lcda. Daisy Calcaño López

Materia: Reinstalación al ejercicio de la notaría.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Lillian A. Ramos Bahamundi          TS-9,635

RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de junio de 2026.

Examinada la *Moción acompañando fianza notarial* que presentó la Lcda. Lillian A. Ramos Bahamundi, se le reinstala al ejercicio de la notaría. Se aprueba la fianza otorgada por Universal Insurance Company, vigente desde el 15 de mayo de 2026, para garantizar las funciones notariales de esta.

Remítase la fianza original al Secretario de Hacienda de Puerto Rico para que se archive en su oficina a los fines dispuestos en el Artículo 11 de la Ley Núm. 230 de 24 de julio de 1974 (3 LPRA sec. 283j) y copia certificada de esta Resolución a este funcionario y a la Secretaria de Estado de Puerto Rico para su conocimiento. Únase, además, copia de la fianza al expediente personal de la licenciada Ramos Bahamundi. Se ordena a la licenciada que recoja su obra notarial en el Archivo Notarial del Distrito Notarial correspondiente.

Por último, se le advierte a la licenciada Ramos Bahamundi que, de surgir otro asunto disciplinario en el cual se determine que infringió los preceptos éticos aplicables, podrá decretarse su suspensión indefinida.

     Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco no intervino.


                              Javier O. Sepúlveda Rodríguez
                              Secretario del Tribunal Supremo